Eastern District of Kentucky
FILED
SEP 25 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 6:25-cr-074-REW

ASHLEY ELIZABETH BEGLEY

* * * * *

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 1114

On or about September 24, 2025, in Perry County, in the Eastern District of Kentucky,

**ASHLEY ELIZABETH BEGLEY**

did willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully attempt to kill Drug Enforcement Administration Resident Agent in Charge Iain Dalrymple while that officer was engaged in and on account of the performance of his official duties, all in violation of 18 U.S.C. §1114.

### COUNT 2
### 18 U.S.C. § 1114

On or about September 24, 2025, in Perry County, in the Eastern District of Kentucky,

**ASHLEY ELIZABETH BEGLEY**

did willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully attempt to kill Drug Enforcement Administration Task Force Officer James

Grigsby, while that officer was engaged in and on account of the performance of his official duties, all in violation of 18 U.S.C. §1114.

## COUNT 3
## 18 U.S.C. § 1114

On or about September 24, 2025, in Perry County, in the Eastern District of Kentucky,

### ASHLEY ELIZABETH BEGLEY

did willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully attempt to kill Drug Enforcement Administration Task Force Officer Steven Tyler Morris while that officer was engaged in and on account of the performance of his official duties, all in violation of 18 U.S.C. §1114.

## COUNT 4
## 18 U.S.C. § 1114

On or about September 24, 2025, in Perry County, in the Eastern District of Kentucky,

### ASHLEY ELIZABETH BEGLEY

did willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully attempt to kill Drug Enforcement Administration Task Force Officer Jake Miller while that officer was engaged in and on account of the performance of his official duties, all in violation of 18 U.S.C. §1114.

## COUNT 5
## 18 U.S.C. § 924(c)(1)(A)

On or about September 24, 2025, in Perry County, in the Eastern District of Kentucky,

### ASHLEY ELIZABETH BEGLEY

did knowingly use and carry and discharge a firearm during and in relation to a crime of

violence for which she may be prosecuted in a court of the United States, that is, attempted murder of a federal law enforcement officer, in violation of 18 U.S.C. § 1114, as set forth in Counts 1, 2, 3, and 4 of this indictment, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

**FORFEITURE ALLEGATIONS**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

By virtue of the commission of the offense alleged in Count 5 of the Indictment, **ASHLEY ELIZABETH BEGLEY** shall forfeit to the United States any and all firearms and associated ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. § 924. Any and all interest that **ASHLEY ELIZABETH BEGLEY** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

   **FIREARMS AND AMMUNITION:**
   a. Taurus, Model G2S, 9mm caliber pistol, serial number AED308514; and
   b. any ammunition and all associated accessories.

**A TRUE BILL**

_____/s/_____
**PAUL C. McCAFFREY**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

### COUNTS 1-4:

Not more than 20 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

### COUNT 5:

Not less than 10 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Restitution, if applicable.